```
        FILED
   U.S. DISTRICT COURT
 EASTERN DISTRICT OF LA.

  2022 MAR -4  P 2:03

   CAROL L. MICHEL
        CLERK
```



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-40 |
| v. | * | SECTION: SECT. E MAG. 2 |
| SHAWN RABATHALY | * | VIOLATION: 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(a)(2) |

\* \* \*

The Grand Jury charges that:

### COUNT 1

On or about August 5, 2021, in the Eastern District of Louisiana, the defendant, **SHAWN RABATHALY,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on September 26, 2019, in the 24th Judicial District Court, Parish of Jefferson, Case No. 18-0890 "G," for possession of tramadol, in violation of Louisiana R.S. 40:969.C, knowingly possessed a firearm, to wit, an Anderson AM-15 5.56 caliber rifle bearing serial number 20112179, said firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

```
X Fee  USA
__Process_____
X Dktd_____
__CtRmDep_____
__Doc.No._____
```

## **NOTICE OF FORFEITURE**

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense charged in Count 1, the defendant, **SHAWN RABATHALY,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

> Anderson AM-15 5.56 caliber rifle bearing serial number 20112179;
>
> One (1) laser sight;
>
> Numerous cartridges of various calibers, including 5.56mm, and magazines;
>
> One (1) .45 caliber magazine;
>
> Smith and Wesson, model SD40 VE, .40 caliber, bearing serial number FZH9884; ,
>
> Smith and Wesson, model M&P Shield, .380 auto caliber semi-automatic firearm, bearing serial number NCU2761;
>
> Stoeger, model Cougar 3040 F, .40 caliber semi-automatic firearm, bearing serial number T6429-15D03510;
>
> Numerous .40 caliber and .380 auto caliber cartridges.

3. If any of the above-described property, as a result of any act or omission of the defendant:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

              A TRUE BILL:

              FOREPERSON

DUANE A. EVANS  
UNITED STATES ATTORNEY

_____  
JONATHAN L. SHIH  
Assistant United States Attorneys  
New Orleans, Louisiana  
March 4, 2022

3

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

### SHAWN RABATHALY

## INDICTMENT
### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CNTROL ACT

**VIOLATION:** 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924 (a)(2)

A true ████
                                    Foreperson

Filed in open court this _____ day of _____ A.D. 2022.

_____ Clerk

Bail, $ _____

_____
Jonathan L. Shih
Assistant United States Attorney